Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARIEN HOLLAND, an individual;<br><br>      Plaintiff,<br><br>v.<br><br>AMSHER COLLECTION SERVICES, INC., a foreign corporation; EQUIFAX, INC., a foreign corporation;<br><br>      Defendants. | Case No.: 2:16-cv-02965-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT AMSHER COLLECTION SERVICES, INC. WITH PREJUDICE**<br><br>ECF No. 11 |

  Plaintiff, Darien Holland ("Plaintiff"), and Defendant, AmSher Collection Services, Inc. ("AmSher") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

///

///

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to AmSher, with Plaintiff and AmSher bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: February 24, 2017

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: February 24, 2017

**LINCOLN, GUSTAFSON
& CERCOS, LLP**

*/s/ Shannon G. Splaine*
Shannon G. Splaine, Esq.
Nevada Bar No. 8241
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
ssplaine@lgclawoffice.com
*Attorneys for Defendant AmSher Collection Services, Inc.*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT AMSHER COLLECTION SERVICES, INC. WITH PREJUDICE

Based on the parties' stipulation [ECF No. 11] and good cause appearing, IT IS HEREBY ORDERED that **all claims against AmSher Collection Services, Inc. are DISMISSED** with prejudice, each side to bear its own fees and costs.

_____
UNITED STATES DISTRICT JUDGE

DATED: 2-24-17